

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00583-CV

SHAWN IBRAHIM, INC., MAHMOOD AKTAR, AND MUHAMMAD AMIN, Appellants

V.

SUNCOAST ENVIRONMENTAL AND CONSTRUCTION, INC., SUNNYLAND DEVELOPMENT, INC., AJAZ R. SIDDIQUI, AND NAJEEB R. SIDDIQUI, Appellees

Appeal from the 61st District Court of Harris County.  (Tr. Ct. No. 2011-02593).

This case is an appeal from the final judgment signed by the trial court on April 14, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, Shawn Ibrahim, Inc., Mahmood Aktar, and Muhammad Amin, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 2, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.